Attorney Stephanie Vaught Little
Att: Managing Officer/Agent
453 Main Street
North Myrtle Beach, SC 29582

Mary Shaw
1510 James Island Ave
North Myrtle Beach, SC 29582

Brunswick County Tax Administration
Att: Managing Officer/Agent
30 Government Center Dr., SE
Bolivia, NC 28422-7987

McCutchen, Mumford, Vaught et al
Att: Managing Officer/Agent
4610 Oleander Dr, Ste 209
Myrtle Beach, SC 29577

Crawford & Von Keller, LLC
Att: Managing Officer/Agent
PO Box 4216
Columbia, SC 29240

NC Department of Revenue
Att: Managing Officer/Agent
PO Box 871
Raleigh, NC 27604

Credit One Bank Na
Att: Managing Officer/Agent
Po Box 98872
Las Vegas, NV 89193

Regions Bk/greensky Cr
Att: Managing Officer/Agent
1797 Northeast Expy Ne
Brookhaven, GA 30329

Discover Fin Svcs Llc
Att: Managing Officer/Agent
Pob 15316
Wilmington, DE 19850

South Carolina Dept of Revenue
Att: Managing Officer/Agent
PO Box 125
Columbia, SC 29214

First Citizens Bank & Trust
Att: Managing Officer/Agent
239 Fayetteville St
Raleigh, NC 27601

Syncb/rooms To Go
Att: Managing Officer/Agent
Po Box 965036
Orlando, FL 32896

Internal Revenue Service
Att: Managing Officer/Agent
PO Box 7346
Philadelphia, PA 19101-7346

Thd/cbna
Att: Managing Officer/Agent
Po Box 6497
Sioux Falls, SD 57117

Marjorie and Robert Feimster
Att: Managing Officer/Agent
4453 Lochurst Dr
Pfafftown, NC 27040

Wells Fargo
Att: Managing Officer/Agent
Credit Bureau Dispute Resoluti
Des Moines, IA 50306

Mary Feimster Shaw
Att: Managing Officer/Agent
1510 James Island Ave
North Myrtle Beach, SC 29582